

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

WILL WILSON
ATTORNEY GENERAL

April 10, 1961

Honorable H. B. Zachry
President, Board of Directors
Texas Agricultural and Mechanical
 College System
Box 2570
San Antonio, Texas

Opinion No. WW-1035

Re: Whether changing the name of
the "Agricultural and Mechani-
cal College of Texas" requires
a constitutional amendment.

Dear Mr. Zachry:

You have requested an opinion concerning whether the
changing of the name "Agricultural and Mechanical College
of Texas" requires a constitutional amendment.

In Heaton v. Bristol, 317 S.W.2d 86, 93 (Civ.App.1958
error ref., appeal dism., cert. den., 359 U.S. 230), it was
held:

"The record shows that the Agricultural
and Mechanical College of Texas is the oldest
State-supported institution of higher learn-
ing in Texas. It was established pursuant to
Acts of 1875, pages 72, 74, General Laws of the
State of Texas, and the College first opened
its doors in October 1876, and it has been in
continuous operation since that time. The
statutory provisions relating to the College
are grouped under Chapter 2, Title 29 of the
Revised Civil Statutes of Texas."

Section 13 of Article VII of the Constitution of Texas
recognizes that the Agricultural and Mechanical College of
Texas was created prior to the Constitution of 1876 but had
not begun operation at the time the Constitution of 1876 was
adopted (February 15, 1876). The Agricultural and Mechani-
cal College of Texas, being created by Acts of the Legislature
(Chapter XLIV, General Laws of Texas, 1871; Chapter CXXVI,
General Laws of Texas, 1871; Chapter LVII, General Laws of
Texas (1875) rather than by a provision of the Constitution of

Texas, you are advised that changing the name of the "Agri-cultural and Mechanical College of Texas" does not require a constitutional amendment but may be done by an act of the Legislature.

SUMMARY

The Agricultural and Mechanical College of Texas was established pursuant to Chapter LVII, Acts of 1875, Page 72, General Laws of Texas (Heaton v. Bristol, 317 S.W.2d 86, 93 (Civ.App. 1958, error ref., appeal dism., cert. den., 359 U.S. 230), and the changing of the name of the "Agricultural and Mechanical College of Texas" does not require a constitutional amendment.

Yours very truly,

WILL WILSON
Attorney General of Texas

By John Reeves
John Reeves
Assistant

JR:ms

APPROVED:

OPINION COMMITTEE
W. V. Geppert, Chairman

Iola B. Wilcox
Robert T. Lewis
Vernon O. Teofan
Sam Ray Wilson

REVIEWED FOR THE ATTORNEY GENERAL
By: Morgan Nesbitt